People v Govan
2026 NY Slip Op 03615
June 5, 2026
Appellate Division, Fourth Department
Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.
This decision is uncorrected and subject to revision before publication in the Official Reports.

THE PEOPLE OF THE STATE OF NEW YORK, RESPONDENT,
v
DARIEN GOVAN, DEFENDANT-APPELLANT.

Decided on June 5, 2026
MOTION NOS. (912-914/25) KA 22-00913, KA 23-01041, AND KA 24-
Present: Lindley, J.P., Bannister, Greenwood, Nowak, And Hannah, JJ. (Filed June 5, 2026.)
[*1]
MEMORANDUM AND ORDER
Motion for leave to reargue denied.